GEORGE S. HARRIS, PLAINTIFF-RESPONDENT, v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO., DEFENDANT-PETITIONER.

See same case below: 78 *N. J. Super.* 578.

*Messrs. McCarter & English* and *Mr. Nicholas Conover English* for the petitioner.

*Messrs. Greenstone & Greenstone* for the respondent.

July 1, 1963.   Granted.

FRANCIS W. SULLIVAN *ET AL.*, PLAINTIFFS-PETITIONERS, v. H. DURSTON SAYLOR, II, ADM'R, ETC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 79 *N. J. Super.* 1.

*Mr. Charles H. Nugent* for the petitioners.

*Messrs. Hannold & Hannold* and *Mr. Martin F. Caulfield* for the respondents.

July 1, 1963.   Denied.